# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| Tyjuan Anderson, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No: 15 C 50065 |
| City of Rockford, et al., | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") from the magistrate judge [63] recommending denial of the parties' agreed motion to consolidate [57] this case with case number 15 C 50064 for the purposes of discovery and pretrial matters only. The magistrate judge recommends denying the agreed motion, as the cases have already been consolidated for the purposes of discovery and the only benefit to the parties' motion would be to reduce the number of pleadings filed by the parties, but those pleadings would eventually lead to greater confusion when the court would unconsolidate the cases for trial. The magistrate judge also recommends that the denial be without prejudice, should the parties later decide to consolidate the cases in a more substantive way. Despite being given an opportunity, no party objects to the R&R. Without belaboring the point, the court agrees with and adopts the magistrate judge's analysis. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985) and the court having reviewed the R&R, the court accepts the R&R [63] and denies the motion to consolidate [57] without prejudice.

Date: 2/24/2016                              ENTER:

_____
FREDERICK J. KAPALA

District Judge